IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __-cv-_____--

_____

TYCO INTERNATIONAL LTD,
a Swiss corporation

       Plaintiff,

v.

CHARTIS INC., a Delaware corporation, and NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation

       Defendants.

_____

## NOTICE OF REMOVAL

_____

**TO:**    Richard G. Sander
        Sander Ingergretsen & Wake, P.C.
        1660 17th Street, Suite 450
        Denver, Colorado  80202

        John H. Kazanjian
        Edward M. Grauman
        Beveridge & Diamond, P.C.
        477 Madison Avenue, 15th Floor
        New York, New York  10022
        *Attorneys for Plaintiff, Tyco International LTD.*

        District Court, Adams County, State of Colorado
        1100 Judicial Center Drive
        Brighton, Colorado 80601

**PLEASE TAKE NOTICE** that Defendants, Chartis, Inc. ("Chartis"), a Delaware

corporation with its principal place of business in New York, and National Union Fire Insurance

Company of Pittsburgh, PA ("National Union"), a Pennsylvania corporation with its principal

place of business in New York, remove this action from the Adams County District Court, State of Colorado, to the United States District Court for the District of Colorado, and give notice thereof in accordance with 28 U.S.C. § 1446 upon the following grounds:

1.     On March 1, 2011, Tyco International Ltd. ("Tyco"), a Swiss corporation with its principal place of business in Switzerland, filed an action against Chartis and National Union in the District Court for Adams County in the State of Colorado, Case No. 2011CV288 (the "State Court Action").  A copy of the Complaint and Jury Demand is attached hereto as **Exhibit A**.

2.     Tyco's Complaint in the State Court Action asserts four claims for relief:  (1) Declaratory Judgment; (2) Breach of Contract; (3) Unreasonable Denial of Claim under C.R.S. §§ 10-3-1115, -1116; and (4) Bad Faith Breach of Insurance Contract. Pursuant to D.C.COLO.LCivR 81.1, below is a recitation of the pleadings and other papers filed in the State Court Action and attached hereto as Exhibits A through E:

| | |
|---|---|
| **Exhibit A** | Complaint and Jury Demand with Exhibits A-F; |
| **Exhibit B** | Civil Case Cover Sheet |
| **Exhibit C** | Notice of Tender of Amended Exhibit E to Complaint and Exhibit E |
| **Exhibit D** | Return of Service – Chartis |
| **Exhibit E** | Return of Service – National Union |

The docket sheet is attached hereto as **Exhibit F.**  No hearings are set in the State Court Action.

3.     Chartis was served with the Summons and Complaint on March 16, 2011. **Exhibit D.**   National Union was served with the Summons and Complaint through its registered agent, Corporation Service Company, on March 14, 2011.  **Exhibit E.**

4.     The United States District Court for the District of Colorado has original jurisdiction over this civil action under 28 U.S.C. § 1332(a), which requires an amount in

controversy in excess of $75,000, exclusive of interest and costs, as well as complete diversity of citizenship between the plaintiff and all defendants.

5.     As set forth in the Complaint, Tyco seeks a judgment that Chartis and National Union are obligated to pay "the sums awarded in [the underlying] lawsuits". **Exhibit A**, ¶ 1.  On August 24, 2010, the trial court entered judgment against Sonitrol in the amount of $18,314,508, and on September 21, 2010, the trial court entered a Final Entry of Judgment against Sonitrol, Tyco's subsidiary, in the amount of $33,080,213.00, which included $14,765,705 in prejudgment interest.  As such, there is no doubt that the amount in dispute in this matter exceeds the sum of $75,000, exclusive of interest and costs.

6.     Additionally, there is diversity of a citizenship between the plaintiff and defendants.

7.     Tyco is a Switzerland corporation with its principal place of business in Scaffhausen, Switzerland.  **Exhibit A**, ¶ 2.  Thus, Tyco is citizen of a foreign country.

8.     Chartis is a Delaware corporation with its principal place of business in New York.  Exhibit A, ¶ 3.  Thus, Chartis is a citizen of Delaware and New York.

9.     National Union is a Pennsylvania corporation with its principal place of business in New York.  Exhibit A, ¶ 4.  Thus, National Union is a citizen of New York and Pennsylvania.

10.    Based on the foregoing, this action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a) because the amount in controversy exceeds $75,000.00, exclusive of interest and cost, and there is diversity of citizenship among the parties.

11.    The thirty-day time period within which this matter must be removed does not begin to run until service of the Complaint. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (U.S. 1999). This Notice of Removal has been filed within thirty days from service upon Chartis and National Union and thus, is timely under 28 U.S.C. § 1446(b).

12.    A copy of this Notice of Removal has been filed with the Clerk of the District Court of Adams County, State of Colorado and served upon Tyco's counsel pursuant to 28 U.S.C. § 1446(d) and D.C.COLO.LCivR 81.1.

**WHEREFORE,** Chartis and National Union pray that this case proceed in the United States District Court for the District of Colorado as an action timely and properly removed.

Respectfully submitted this 31st day of March, 2011.

*s/ Laurence M. McHeffey*
Laurence M. McHeffey, #25873

*s/ John Cardinal Parks*
John Cardinal Parks, #18669

*s/ Nancy A. Fitzgerald*
Nancy A. Fitzgerald, #41362
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5613 DTC Parkway, Suite 1100
P.O. Box 4467
Greenwood Village, Colorado 80155-4467
Telephone: (303) 293-8800
Fax: (303) 839-0036
E-mail:    lmcheffey@mdmc-lawco.com
          jparks@mdmc-lawco.com
          nfitzgerald@mdmc-lawco.com
*Attorneys for Chartis, Inc. and National Union Fire Insurance Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2011, I served a copy of the foregoing **NOTICE OF REMOVAL** via United States mail, postage prepaid to:

Richard G. Sander, Esq.
SANDER INGERGRETSEN & WAKE, P.C.
1660 17th Street, Suite 450
Denver, Colorado 80202

John H. Kazanjian
Edward M. Grauman
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, New York 10022
*Attorneys for Plaintiff, Tyco International LTD.*

I further certify that on this 31st day of March, 2011, I caused the foregoing **NOTICE OF REMOVAL**, to be electronically filed via *LexisNexis File & Serve* to the Court Clerk, Adams County District Court, State of Colorado.

*s/ Laurence M. McHeffey*
Laurence M. McHeffey, #25873
McElroy, Deutsch, Mulvaney & Carpenter, LLP
5613 DTC Parkway, Suite 1100
P.O. Box 4467
Greenwood Village, Colorado 80155-4467
Telephone: (303) 293-8800
Fax: (303) 839-0036
E-mail:        lmcheffey@mdmc-lawco.com
*Attorney for National Union Fire Insurance Company of Pittsburgh, PA*