IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00832-RPM

_____

TYCO INTERNATIONAL LTD.,

       Plaintiff,

v.

CHARTIS, INC., and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

       Defendants.

_____

## ORDER DISMISSING DEFENDANT
## CHARTIS INC., WITHOUT PREJUDICE
_____

       Upon review of the parties' stipulation of dismissal, without prejudice, of Defendant Chartis, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

       **IT IS ORDERED** as follows:

       Defendant Chartis, Inc., is hereby dismissed from the above captioned lawsuit, without prejudice, each party to bear their respective costs and attorney fees.

       Dated:   August 8th, 2011

                                             BY THE COURT:

                                             s/Richard P. Matsch

                                             _____

                                             Richard P. Matsch, Senior Judge