IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00832-RPM

TYCO INTERNATIONAL LTD.,

 Plaintiff,
v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

 Defendants.
_____

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
### TO FILE AMENDED COMPLAINT AND SUBSTITUTE PLAINTIFFS
_____

  Upon review of the unopposed motion for leave to file an Amended Complaint and to substitute ADT Holdings, Inc., ADT Security Services, Inc. and Automated Security Corp. as plaintiffs in place of Tyco International Ltd., filed August 5, 2011, it is

  ORDERED that the motion is granted and the Amended Complaint and Jury Demand attached thereto is accepted for filing.

  DATED this 9th day of August, 2011.

           BY THE COURT:

           s/Richard P. Matsch
           _____
           Richard P. Matsch, Senior Judge