IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00832-RPM

ADT HOLDINGS, INC.,
ADT SECURITY SERVICES, INC., and
AUTOMATED SECURITY CORP.,

    Plaintiffs,
v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Defendant.

_____

## ORDER STAYING DISCOVERY
_____

    Upon review of the Unopposed Motion to Stay Discovery Pending Resolution of Dispositive Motion [33] filed January 10, 2012, it is

    ORDERED that the motion is granted and all discovery is stayed pending resolution of the outstanding motion for summary judgment.

    DATED:   January 17th, 2012

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____
                         Richard P. Matsch, Senior Judge