IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00832-RPM

ADT HOLDINGS, INC.,
ADT SECURITY SERVICES, INC., and
AUTOMATED SECURITY CORP.,

     Plaintiffs,
v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

     Defendant.

_____

## ORDER STAYING DISCOVERY
_____

     Upon review of the Unopposed Motion to Stay Discovery Pending Resolution of Dispositive Motion [33] filed January 10, 2012, it is

     ORDERED that the motion is granted and all discovery is stayed pending resolution of the outstanding motion for summary judgment.

     DATED:   January 17th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge