IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00832-RPM

ADT HOLDINGS, INC.,
ADT SECURITY SERVICES, INC., and
AUTOMATED SECURITY CORP.,

     Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

     Defendant.

_____

### ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

Upon review of the Stipulated Motion for First Amendment to Scheduling Order [37], it is

ORDERED that the Scheduling Order is amended as follows:

1. February 29, 2012: National Union's Responses to ADT's First Set of Discovery Requests;

2. April 20, 2012: Fact Discovery Cut-off;

3. May 18, 2012: Expert Designations;

4. June 18, 2012: Contradicting Expert Designations;

5. July 9, 2012: Rebuttal Expert Opinions;

6. August 6, 2012: Expert Discovery Cut-off;

7. August 31, 2012: Dispositive Motion Deadline.

DATED: February 6th, 2012

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior Judge