IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00832-RPM

ADT HOLDINGS, INC.,
ADT SECURITY SERVICES, INC., and
AUTOMATED SECURITY CORP.,

      Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

      Defendant.

_____

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

      Upon review of the Stipulated Motion for First Amendment to Scheduling Order [37], it is

      ORDERED that the Scheduling Order is amended as follows:

1.   February 29, 2012: National Union's Responses to ADT's First Set of Discovery Requests;

2.  April 20, 2012: Fact Discovery Cut-off;

3.  May 18, 2012: Expert Designations;

4.  June 18, 2012: Contradicting Expert Designations;

5.  July 9, 2012: Rebuttal Expert Opinions;

6.  August 6, 2012: Expert Discovery Cut-off;

7.  August 31, 2012: Dispositive Motion Deadline.

DATED:  February 6th, 2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge