IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00832-RPM

ADT HOLDINGS, INC.,
ADT SECURITY SERVICES, INC., and
AUTOMATED SECURITY CORP.,

    Plaintiffs,
v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Defendant.

_____

## STAY ORDER
_____

On March 30, 2012, the defendant filed a motion to stay these proceedings pending an appeal of the underlying action resulting in a judgment for which indemnity is sought under the defendant's insurance contract. As noted in this Court's Order Denying Defendant's Motion for Summary Judgment, entered January 20, 2012, the question of what conduct constitutes a willful and wanton breach of contract under Colorado law is unclear. That question may be clarified by the ruling of the Colorado Court of Appeals in the underlying action. It is therefore

ORDERED that this civil action is stayed pending resolution of the appeal in the *Core-Mark Midcontinent, Inc.* case.

DATED: April 5th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge