IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00832-RPM

ADT HOLDINGS, INC.,
ADT SECURITY SERVICES, INC., and
AUTOMATED SECURITY CORP.,

    Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to the Order for Summary Judgment, signed by Senior District Judge Richard P. Matsch on June 25, 2013, it is

    ORDERED that defendant National Union Fire Insurance Company of Pittsburgh, PA's Motion for Summary Judgment [28] is granted.  It is

    FURTHER ORDERED that judgment is entered in favor of defendant National Union Fire Insurance Company of Pittsburgh, PA, and against plaintiffs ADT Holdings, Inc., ADT Security Services, Inc., and Automated Security Corp.  It is

    FURTHER ORDERED that defendant National Union Fire Insurance Company of Pittsburgh, PA shall have its costs by the filing of a Bill of Costs with the Clerk of this court within 14 days of entry of judgment.  It is

    FURTHER ORDERED that the Complaint, Amended Complaint and this civil action are dismissed.

    DATED: June 25th, 2013

                                          FOR THE COURT:
                                          Jeffrey P. Colwell, Clerk

                                              s/J. Chris Smith
                                        By _____
                                               Deputy Clerk